Eastern District of Kentucky
F I L E D
AUG 28 2018
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>)<br>KELVIN J. LEWIS, )<br>Defendant ) | CRIMINAL NO. 5:11-131<br><br>OPINION AND ORDER |

\*\*\*\*\*\*\*\*

This matter is before the Court on several motions by defendant Kelvin J. Lewis (DE 383, 388, 389).

First is a motion for a hearing on his motion to vacate his sentence under 28 U.S.C. § 2255. The Court has entered an order denying Lewis's § 2255 motion, finding no hearing necessary. Accordingly, the Court hereby ORDERS that this motion is DENIED as moot.

Second is a motion for leave to appeal in forma pauperis (DE 388). The Court found that Lewis qualified for court-appointed counsel under the provisions of the Criminal Justice Act in the underlying criminal litigation. (DE 32, Minute Entry.) Further, the Court does not find that Lewis's appeal would be taken in bad faith. Accordingly, pursuant to Federal Rule of Appellate Procedure 24(a)(3), the Court hereby ORDERS that this motion is GRANTED.

Finally, Lewis asks the Court to reconsider its denial of a certificate of appealability (DE 389). The Court will deny this motion. "[T]he standard for granting an application for leave to proceed in forma pauperis (IFP) is a lower standard than the

standard for certificates of appealability." *Humphrey v. Wolfenbarger*, No. 2:06-CV-11988, 2007 WL 1564997, at *2 (E.D. Mich. May 29, 2007). The Court continues to find that Lewis has not made a "substantial showing of the denial of a constitutional right" as required for a certificate of appealability. 28 U.S.C. § 2253(c)(2). Accordingly, the Court hereby ORDERS that this motion is DENIED.

This 28th Day of August 2018



Signed By:
*Karen K. Caldwell*
United States District Judge